IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-00714-RJC-DSC

| | | |
|---|---|---|
| SIRONA DENTAL, INC. | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SMITHSON et al. | ) | |
| | ) | |

**THIS MATTER** comes before the Court sua sponte.

The Court previously granted the parties' joint motion to continue the trial of this matter, (Doc. No. 85: Motion; Doc. No. 86: Order), pending resolution of summary judgment motions which the Court recently granted in part, (Doc. No. 88: Order).

**IT IS, THEREFORE, ORDERED THAT** this matter is set for a jury trial on all remaining issues during the Court's civil term which begins on July 9, 2018, in a courtroom to be designated in the Charles R. Jonas Federal Building. The parties shall abide by the pretrial filing deadlines detailed in the Court's previous scheduling Order, (Doc. No. 63).

Signed: April 10, 2018

Robert J. Conrad, Jr.
United States District Judge